IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

Case No. 2:24mj108
Court Date: July 11, 2024

ANNA M. CARLTON

### CRIMINAL INFORMATION

(Misdemeanor) - Violation No. E1188443

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 8, 2024, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia, the defendant, ANNA M. CARLTON, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 8, 2024, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia the defendant, ANNA M. CARLTON, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

          Respectfully submitted,

          Jessica D. Aber
          United States Attorney

By:    _____
          Alan M. Sides
          Special Assistant U.S. Attorney
          Office of the U.S. Attorney
          101 West Main Street, Suite 8000
          Norfolk, VA  23510
          Ph: (757) 441-6712
          Fax:(757) 441-3205
          alan.sides@usdoj.gov

## CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
alan.sides@usdoj.gov

**17 June 2024**
_____
Date